**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Francisco DE LA CRUZ, Jr., also
known as Frank Delacruz,
Defendant–Appellant.**

**No. 13–10541.**

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2015.

Vivian J. Lee, Andrew O. Wirmani, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Frank Delacruz, Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before REAVLEY, ELROD, and SOUTHWICK, Circuit Judges.

*ON REMAND FROM THE SUPREME
COURT OF THE UNITED
STATES*

PER CURIAM: *

The defendant has been sentenced to the mandatory minimum sentence pursuant to the Armed Career Criminal Act because of three prior convictions for violent felonies. Because the Supreme Court has held that the residual clause of the

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

statute is unconstitutional in *Johnson v. United States*, 576 U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), defendant's sentence must be vacated and a new sentence imposed.

SENTENCE VACATED; CASE REMANDED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.